Nathan R. Marigoni (Utah Bar No. 14885)
Angela D. Shewan (Utah Bar No. 17316)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
c/o 600 Peachtree Street NE Suite 3000
Atlanta, Georgia 30308
Nathan.Marigoni@troutman.com
Angela.shewan@troutman.com
470-832-5575

*Attorneys for Defendant Anthem Blue Cross and Blue Shield*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| M.D. and J.D., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM BLUE CROSS AND BLUE SHIELD, <br><br> Defendant. | **SIXTH STIPULATED MOTION TO AMEND THE SCHEDULING ORDER** <br><br> Civil Action No. 1:22-cv-00082-HCN-DAO <br><br> District Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Daphne A. Oberg |

The parties, through their undersigned counsel, hereby stipulate and move the Court to modify the Amended Scheduling Order, Docket No. 41. The parties previously requested amendments to the Scheduling Order, *see* Dkt. No. 40, 42, 46, 50, and 52, which the court granted. *See* Dkt. No. 41, 43, 47, 51, 53. This is the parties sixth request for an Amended Scheduling Order.

The parties are currently in settlement negotiations and would like additional time to discuss settlement prior to filing dispositive motions. The parties request a 14-day extension for filing on the dispositive and potentially dispositive motions, from September 11, 2024.

For the foregoing reason, the parties move the Court to extend the filing on the dispositive and potentially dispositive motions in the Amended Scheduling Order as follows:

1

- The dispositive motion deadline is extended from August 28, 2024 to September 11, 2024.

- The deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed is extended to September 18, 2024.

All other deadlines in the Amended Scheduling Order, ECF No. 41, remain the same.

Dated: August 27, 2024

/s/ *Angela D. Shewan*
Nathan R. Marigoni
Angela D. Shewan
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*Attorneys for Defendant Anthem Blue Cross and Blue Shield*

*/s/ Brian S. King*
(*signed by filing attorney with permission*)
Brian S. King
Brent J. Newton
Samuel M. Hall
Andrew J. Somers
BRIAN S. KING, P.C.
*Attorneys for Plaintiffs*